NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


COY LAMAR DOTSON, III,        )
        )
      Appellant,        )
        )
v.        )    Case No. 2D17-1021
        )
STATE OF FLORIDA,        )
        )
      Appellee.        )
_____)

Opinion filed December 21, 2018.

Appeal from the Circuit Court for Polk
County; Jalal Harb, Judge.

Howard L. Dimmig, II, Public Defender, and
Mark J. O'Brien, Special Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.